UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                                           :

JOSE A. RODRIGUEZ,                                              :

                          Plaintiff,                        :            25-CV-7200 (JAV)

                      -v-                                   :                 <u>ORDER</u>

ELBA LIZ, et al.,                                            :

                       Defendants.                  :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On September 5, 2025, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

       Accordingly, it is hereby ORDERED that, Plaintiff shall file any amended complaint by **October 3, 2025**. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

       If Plaintiff does amend, by **October 24, 2025**, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, Plaintiff's opposition shall be filed by, **November 7, 2025**, and any reply shall be filed by **November 14, 2025**.

       If Plaintiff elects not to amend the pleadings, Plaintiff shall file any opposition to the motion to dismiss by **October 3, 2025**, and Defendants shall file any reply by **October 10, 2025**.

SO ORDERED.

Dated: September 15, 2025
       New York, New York                                        JEANNETTE A. VARGAS
                                                                           United States District Judge