UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE A. RODRIGUEZ.,

Plaintiff,

-against-

ELBA LIZ, ET AL.,

Defendants.

25 CIVIL 07200 (JAV)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated October 28, 2026, leave to amend is therefore denied. As the Court previously granted the motion to dismiss the operative Complaint, see ECF No. 22, the case is closed.

**Dated:** New York, New York
October 29, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**